Exhibit 1 to Complaint in *United States v. Cummins Inc.* (D.D.C.)

**Identification of Subject Vehicles and Subject Vehicle Sub-Categories**

| MY | Vehicle | Test Group | Other Defining Criteria | Sub-Category |
|---|---|---|---|---|
| 2013 | RAM 2500 & RAM 3500 | DCEXD06.78VV | | 2013-2019 RAMs |
| 2013 | RAM 3500 | DCEXD06.78WV | | 2013-2019 RAMs |
| 2014 | RAM 2500 & RAM 3500 | ECEXD06.78VV | | 2013-2019 RAMs |
| 2014 | RAM 3500 | ECEXD06.78WV | | 2013-2019 RAMs |
| 2015 | RAM 2500 & RAM 3500 | FCEXD06.78VV | | 2013-2019 RAMs |
| 2015 | RAM 3500 | FCEXD06.78WV | | 2013-2019 RAMs |
| 2016 | RAM 2500 & RAM 3500 | GCEXD06.78VV | | 2013-2019 RAMs |
| 2016 | RAM 3500 | GCEXD06.78WV | | 2013-2019 RAMs |
| 2017 | RAM 2500 & RAM 3500 | HCEXD06.78VV | | 2013-2019 RAMs |
| 2017 | RAM 3500 | HCEXD06.78WV | | 2013-2019 RAMs |
| 2018 | RAM 2500 & RAM 3500 | JCEXD06.78VV | | 2013-2019 RAMs |
| 2018 | RAM 3500 | JCEXD06.78WV | | 2013-2019 RAMs |
| 2019 | RAM 2500 | KCEXD06.78VV | Software Calibration 1 | 2013-2019 RAMs |
| 2019 | RAM 3500 | KCEXD06.78WV | Software Calibration 1 | 2013-2019 RAMs |
| 2019 | RAM 2500 | KCEXD06.78VV | Software Calibration 3 | 2019-2023 RAMs |
| 2019 | RAM 3500 | KCEXD06.78WV | Software Calibration 3 | 2019-2023 RAMs |
| 2020 | RAM 2500 | LCEXD06.78VV | | 2019-2023 RAMs |
| 2020 | RAM 3500 | LCEXD06.78WV | | 2019-2023 RAMs |
| 2021 | RAM 2500 | MCEXD06.78VV | | 2019-2023 RAMs |
| 2021 | RAM 3500 | MCEXD06.78WV | | 2019-2023 RAMs |
| 2022 | RAM 2500 | NCEXD06.78VV | | 2019-2023 RAMs |
| 2022 | RAM 3500 | NCEXD06.78WV | | 2019-2023 RAMs |
| 2023 | RAM 2500 | PCEXD06.78VV | Vehicles with engines sold before 12/21/2022 | 2019-2023 RAMs |
| 2023 | RAM 3500 | PCEXD06.78WV | Vehicles with engines sold before 12/21/2022 | 2019-2023 RAMs |