

433 West Van Buren Street
Suite 450
Chicago, IL 60607

312-454-0400
cmap.illinois.gov

February 15, 2024

Mr. Todd Kim
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044–7611

Re: *United States v. Cummins Inc.*, DJ Ref No 90-5-2-1-12300

Dear Mr. Kim:

The Chicago Metropolitan Agency for Planning (CMAP) is writing to support the identified mitigation projects included in the proposed Joint Consent Decree lodged by the U.S. Department of Justice in *United States* v. *Cummins Inc*.

As the metropolitan planning organization (MPO) for northeastern Illinois, CMAP is committed to supporting initiatives that will advance equity, reduce environmental pollution, and move our region toward attainment of the National Ambient Air Quality Standards (NAAQS). As part of our MPO responsibilities, CMAP evaluates the impact of proposed transportation activities on the region's air quality. This evaluation, called a conformity analysis, must demonstrate that the long-range regional transportation plan or Transportation Improvement Program (TIP) meets the requirements of the regulations governing air quality before it is approved by the MPO or accepted by the U.S. Department of Transportation.

Attaining the Ozone NAAQS has been on ongoing challenge in the Chicago region. Presently, the Chicago region is in nonattainment of the 2015 Ozone NAAQS. As an ozone precursor, nitrogen oxides (NOx) reduction is an important priority to achieve conformity in the region.

CMAP is supportive of types of mitigation projects detailed in the consent decree, including Road Switch Locomotive Repowering Projects, Yard Switch Locomotive Repowering Projects, and Switch Locomotive Idle Reduction Projects.

**Board Members**
Gerald Bennett, Chair
Frank Beal
Matthew Brolley
Gary Grasso
Paul Hoefert
Nina Idemudia
John Noak
Rick Reinbold
John Roberson
Nancy Rotering
Stefan Schaffer
Carolyn Schofield
Anne Sheahan
Matthew Walsh

**Non-voting Members**
Leanne Redden
Abolfazl Mohammadian

**Executive Director**
Erin Aleman

Mr. Todd Kim
February 15, 2024
Page 2

While the proposed Joint Consent Decree notes consideration of "geographic diversity" in selecting mitigation projects, CMAP recommends providing further specificity to indicate a prioritization for mitigation projects that will reduce NOx emissions at intermodal yards and related facilities that are near Environmental Justice communities. All six of the Class-I railroads operate in the CMAP region and have multiple large intermodal terminals, including a number of intermodal yards that are located near Environmental Justice communities, where disproportionate exposure to air pollution is of increased concern.

The northeastern Illinois region has a decades-long history of direct emissions reduction projects at railroad intermodal yards. CMAP has worked with the local communities affected by diesel emissions and has programmed several locomotive projects to help reduce the emissions impacts of intermodal yards on nearby communities and throughout the Chicago region. The proposed mitigation projects included in this proposed Joint Consent Decree can help further these efforts.

Once again, CMAP is supportive of the types of mitigation projects identified in the proposed Joint Consent Decree lodged by the U.S. Department of Justice and encourages a focus on directing these mitigation resources to communities disproportionately impacted by air pollution exposure.

Sincerely,

Erin Aleman
Executive Director

EA:rp/kh