**State of Wisconsin**
DEPARTMENT OF NATURAL RESOURCES
101 S. Webster Street
Box 7921
Madison WI 53707-7921

**Tony Evers, Governor**
**Adam N. Payne, Secretary**
Telephone 608-266-2621
Toll Free 1-888-936-7463
TTY Access via relay - 711



February 9, 2024

Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Subject: Proposed Consent Decree in *United States v. Cummins Inc.*, D.J. Ref. No. 90-5-2-1-12300

Dear Assistant Attorney General:

The Wisconsin Department of Natural Resources (DNR) submits the following comments on the DOJ's Proposed Consent Decree under the Clean Air Act in *U.S.* v. *Cummins, Inc*., published in the Federal Register on January 17, 2024. The DNR would like to provide input on the proposed mitigation projects for locomotives outlined in Section VII of the draft consent decree.

The Environmental Protection Agency (EPA) Region 5 is made up of Wisconsin, Illinois, Indiana, Michigan, Minnesota and Ohio. Railyards are a vital component of the economies in this region. In 2021, 26% of all national rail carload shipments terminated at the region's ports. According to the Association of American Railroads, several of the region's six states rank in the top 5 nationally of all metrics of rail activity (i.e., tons, carloads, rail miles, employees). There exist many opportunities to use the mitigation projects required by this consent decree to modernize the region's railyards to improve efficiency, lower emissions, and mitigate the air quality impacts of railroad operations.

Region 5 contains many areas, including several in Wisconsin, that remain in nonattainment for the 2015 ozone National Ambient Air Quality Standard (NAAQS).[1] Attainment of this NAAQS will only be possible through additional NOx reductions, including from the nonroad mobile source sector. Since the mitigation requirements in this consent decree are designed to offset excessive NOx emissions, the project selection criteria should therefore require Cummins to use reasonable best efforts to implement projects in the region's ozone nonattainment areas. The greater Chicago area, which is part of the Illinois-Indiana-Wisconsin 2015 ozone NAAQS nonattainment area, contains many large railyards and dry ports that contribute to pollution in Wisconsin and offers many opportunities to implement mitigation projects.

In addition to considering ozone nonattainment areas, when evaluating potential projects Cummins should be required to consult with state air agencies and multi-jurisdictional organizations like the Lake Michigan Air Directors Consortium (LADCO). State air agencies and organizations like LADCO understand the spatial and temporal aspects of locomotive emissions in their region and can assist Cummins in selecting projects that will maximize air quality and public health benefits.

Environmental justice benefits of each project should be evaluated and considered in determining final project selections. The burden of the environmental impacts from railyards disproportionately falls on people of color. Communities that neighbor railyards are predominantly low-income, underserved, and over-burdened by air

---

[1] https://www3.epa.gov/airquality/greenbook/jncty.html.

dnr.wi.gov
wisconsin.gov



pollution. The resources to reduce emissions and modernize operations at railyards will lead towards environmental justice outcomes for communities near railyards in this region.

It is important Region 5 states be considered for the mitigation projects outlined in this consent decree to provide relief from persistent ozone nonattainment. Thank you for the opportunity to comment.

Sincerely,

*Gail E. Good*
—DocuSigned by—
9AA91D46A40C4A3...    2/9/2024 | 7:09 AM CST

Gail E. Good
Director, Air Management
Wisconsin Department of Natural Resources

cc:  Brianna Denk – AM/7
     Phil Bower – LS/8